IN THE COURT OF APPEALS
FIFTH DISTRICT of TEXAS at DALLAS
NO. 05-15-01231 CR

JOHNNY FLORES, APPELANT
V.
THE STATE of TEXAS, APPELEE

ON APPEAL from the 195th Judicial District CT.
DALLAS COUNTY, Texas
Trial Court cause NO. F-14-70989 N

JUDGEMENT DATE October 31, 2016

NOVEMBER 1, 2016 DEADLINE FOR
Petition for Discretionary Review

APPELLANT ATTORNEY & LARRY MITCHELL
11300 N. C. Expressway
DALLAS, TX 75243

FILED IN
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 19 2016

Abel Acosta, Clerk

Herein Lies A MOTION FOR EXTENTION of TIME To FILE A Petition for DISCRETIONARY Review. APPELLANT WISHES TO ACKNOWLEDGE a HARDSHIP IN THIS case DUE to medical reasons and requires the extra time also to ACQuire resources IN OrDer to succesfully file for this Petition for Review. Appellant wishes to inform that the appeals counsel of record has been terminated by the attorney upon receiveing THE DECISION by the appeals court in a letter sent To him by REPRESENTin ATTORNey. Further more, the APpellant, an INMate Now at THE Texas Dept. of Corrections has been DIAGNOSED with PrOSTATE CANCER. Time WAS LOST AFTER THE APPEALS court ruling in order to ACCOMODATE Treatment of This ILLNESS along with the fact that he NO longer has legal representation in the CONTINUANCE of this appeal.

APPELLANT Respectfully ask that this MOTION for extention of time be granted and will submit PETITION for DISCRETIONARY Review "pro se" if need be in a timely MANNER.

Thank You
JOHNNY FLORES #2029878